UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-531-FDW
(3:05-cr-297-FDW-1)

| | | |
|---|---|---|
| DONNELL ALEXANDER TAYLOR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on Petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. (Doc. No. 1.) Petitioner seeks relief under Johnson v. United States, 135 S. Ct. 2551 (2015). Also before the Court is Petitioner's motion for appointment of counsel. (Doc. No. 2.)

On June 20, 2016, Petitioner filed an action in the Fourth Circuit Court of Appeals seeking authorization to file a second or successive § 2255 motion in federal district court. (Doc. No. 1 at 10.) On June 28, 2016, the Fourth Circuit granted Petitioner authorization to do so. (Doc. No. 1-1.) Petitioner's successive § 2255 motion was received and docketed in this Court on June 28, 2016.

On November 17, 2015, the judges of this Court issued a Standing Order appointing the Federal Defenders of Western North Carolina to represent any defendant who was previously determined to have been entitled to appointment of counsel, or who is now indigent, to determine if that defendant is eligible for relief under Johnson. Standing Order in re: Johnson v. United States, No. 3:13-mc-00196-FDW (W.D.N.C. Nov. 17, 2015). Petitioner was previously determined to be indigent.

As Petitioner appears to fall within the purview of this Court's Standing Order, the Court will allow the Federal Defender sixty (60) days to review the Petitioner's case and to file a supplement, if any, to the Petitioner's motion to vacate. In light of this action, Petitioner's motion for appointment of counsel is moot.

**IT IS, THEREFORE, ORDERED THAT:**

1. The Clerk of Court shall terminate Petitioner's motion for appointment of counsel (Doc. No. 2);

2. No later than sixty (60) days from entry of this Order, the Federal Defenders of Western North Carolina may file a supplement to Petitioner's motion to vacate; and

3. The Clerk of Court shall provide a copy of this Order to Petitioner and the Federal Defenders of Western North Carolina.

Signed: September 21, 2016

Frank D. Whitney
Chief United States District Judge